1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  SEAN RIORDAN, #255752
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA  95814
4  Tel: 916-498-5700/Fax: 916-498-5710
   sean_riordan@fd.org
5
   Attorney for Defendant
6  HERBER SANDOVAL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.  2:15-CR-00167 JAM |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO |
| | ) CONTINUE STATUS CONFERENCE, AND TO |
| vs. | ) EXCLUDE TIME |
| HERBER SANDOVAL, et al., | ) Date: October 6, 2015 |
| | ) Time: 9:15 a.m. |
| Defendants. | ) Judge: Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between Benjamin Wagner, U.S. Attorney, through Samuel Wong, Assistant United States Attorney, attorney for Plaintiff, Heather Williams, Federal Defender, through Assistant Federal Defender Sean Riordan, attorney for Herber Sandoval, and Dina Santos, attorney for Manuel Montoya, that the status conference scheduled for October 6, 2015 be vacated and be continued to November 3, 2015 at 9:15 a.m.

The reason for continuance is for defense preparation to review the discovery produced to date and to consider the government's recent response to a discovery request.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded as of October 5, 2015, the date of the parties' stipulation, through and including November 3, 2015; pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

| | | |
|---|---|---|
| 1 | DATED: October 5, 2015 | Respectfully submitted,<br>HEATHER E. WILLIAMS |
| 2 | | Federal Defender |
| 3 | | |
| 4 | | */s/ Sean Riordan*<br>SEAN RIORDAN |
| 5 | | Assistant Federal Defender<br>Attorney for Herber Sandoval |
| 6 | DATED: October 5, 2015 | */s/ by Sean Riordan with consent* |
| 7 | | DINA SANTOS<br>Attorney for Manuel Montoya |
| 8 | | |
| 9 | DATED: October 5, 2015 | BENJAMIN B. WAGNER<br>United States Attorney |
| 10 | | */s/ by Sean Riordan with consent* |
| 11 | | SAMUEL WONG<br>Assistant U.S. Attorney |
| 12 | | Attorney for Plaintiff |

## ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendants in a speedy trial.

The Court orders from the time of the parties' stipulation, October 5, 2015, up to and including November 3, 2015, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). **It is further ordered** the October 6, 2015 status conference shall be continued until November 3, 2015, at 9:15 a.m.

Dated: October 5, 2015            /s/ John A. Mendez

HON. JOHN A. MENDEZ
United States District Judge