| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | SEAN RIORDAN, #255752 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, CA 95814 |
| 4 | Tel: 916-498-5700/Fax: 916-498-5710 |
| | sean_riordan@fd.org |
| 5 | |
| | Attorney for Defendant |
| 6 | HERBER SANDOVAL |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:15-CR-00167 JAM |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER TO |
| | ) | CONTINUE STATUS CONFERENCE, AND TO |
| vs. | ) | EXCLUDE TIME |
| | ) | |
| HERBER SANDOVAL, et al., | ) | Date: November 3, 2015 |
| | ) | Time: 9:15 a.m. |
| Defendants. | ) | Judge: Hon. John A. Mendez |
| | ) | |
| | ) | |

IT IS HEREBY STIPULATED by and between Benjamin Wagner, U.S. Attorney, through Samuel Wong, Assistant United States Attorney, attorney for Plaintiff, Heather Williams, Federal Defender, through Assistant Federal Defender Sean Riordan, attorney for Herber Sandoval, and Dina Santos, attorney for Manuel Montoya, that the status conference scheduled for November 3, 2015 be vacated and continued to January 12, 2016 at 9:15 a.m.

The reason for continuance is for continuing defense investigation. This task is made more difficult as counsel for Defendant Herber Sandoval will also be very busy working on trial preparation on two other cases scheduled to begin the first week in December 2015, and the second week in January 2016. Accordingly, the requested continuance is to allow counsel for Sandoval additional time to prepare Sandoval's defense, and allow Sandoval continuity of defense counsel.

//

//

-1- *Stipulation and [Proposed] Order to Continue Status Conference*

| | |
|---|---|
| 1 | Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded as of October 30, 2015, the date of the parties' stipulation, through and including January 12, 2016; pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation. |

DATED: October 30, 2015    Respectfully submitted,
                           HEATHER E. WILLIAMS
                           Federal Defender

                           */s/ Sean Riordan*
                           SEAN RIORDAN
                           Assistant Federal Defender
                           Attorney for Herber Sandoval

DATED: October 30, 2015    */s/ by Sean Riordan with consent*
                           DINA SANTOS
                           Attorney for Manuel Montoya

DATED: October 30, 2015    BENJAMIN B. WAGNER
                           United States Attorney

                           */s/ by Sean Riordan with consent*
                           SAMUEL WONG
                           Assistant U.S. Attorney
                           Attorney for Plaintiff

# **ORDER**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendants in a speedy trial.

The Court orders from the time of the parties' stipulation, October 30, 2015, up to and including January 12, 2016, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). **It is further ordered** the November 3, 2015 status conference shall be continued until January 12, 2016, at 9:15 a.m.

Dated: October 30, 2015   /s/ John A. Mendez

HON. JOHN A. MENDEZ
United States District Court Judge