| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | SEAN RIORDAN, #255752 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, CA 95814 |
| 4 | Tel: 916-498-5700/Fax: 916-498-5710 |
| | sean_riordan@fd.org |
| 5 | |
| | Attorney for Defendant |
| 6 | HERBER SANDOVAL |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:15-CR-00167 JAM |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER TO |
| | ) | CONTINUE STATUS CONFERENCE, AND TO |
| vs. | ) | EXCLUDE TIME |
| | ) | |
| HERBER SANDOVAL, et al., | ) | Date: February 23, 2016 |
| | ) | Time: 9:15 a.m. |
| Defendants. | ) | Judge: Hon. John A. Mendez |
| | ) | |
| | ) | |

IT IS HEREBY STIPULATED by and between Benjamin Wagner, U.S. Attorney, through Samuel Wong, Assistant United States Attorney, attorney for Plaintiff, Heather Williams, Federal Defender, through Assistant Federal Defender Sean Riordan, attorney for Herber Sandoval, and Dina Santos, attorney for Manuel Montoya, that the status conference scheduled for January 12, 2016 be vacated and continued to February 23, 2016 at 9:15 a.m.

The reason for continuance is for continuing defense investigation. Also defense counsel for defendant Herber Sandoval is starting a two week trial on January 11, 2016, and is unavailable to work on the instant case during this time period. Accordingly, the requested continuance is to allow counsel for Sandoval additional time to prepare Sandoval's defense, and allow Sandoval continuity of defense counsel.

//

//

//

-1-  *Stipulation and [Proposed] Order to Continue Status Conference*

1  Based upon the foregoing, the parties agree time under the Speedy Trial Act should be
2  excluded as of January 8, 2016, the date of the parties' stipulation, through and including
3  February 23, 2016, pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare]
4  and General Order 479, Local Code T4 based upon continuity of counsel and defense
5  preparation.

6  DATED: January 8, 2016                Respectfully submitted,
                                         HEATHER E. WILLIAMS
7                                        Federal Defender

8                                        */s/ Sean Riordan*
9                                        SEAN RIORDAN
                                         Assistant Federal Defender
10                                       Attorney for Herber Sandoval

11 DATED: January 8, 2016                */s/ by Sean Riordan with consent*
                                         DINA SANTOS
12                                       Attorney for Manuel Montoya

13
   DATED: January 8, 2016                BENJAMIN B. WAGNER
14                                       United States Attorney

15                                       */s/ by Sean Riordan with consent*
16                                       SAMUEL WONG
                                         Assistant U.S. Attorney
17                                       Attorney for Plaintiff

**ORDER**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendants in a speedy trial.

The Court orders from the time of the parties' stipulation, January 8, 2016, up to and including February 23, 2016, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare and continuity of defense counsel] and General Order 479, (Local Code T4). **It is further ordered** the January 12, 2016 status conference shall be continued until February 23, 2016, at 9:15 a.m.

Dated: January 8, 2016          /s/ John A. Mendez

                                HON. JOHN A. MENDEZ
                                United States District Court Judge