HEATHER E. WILLIAMS, #122664
Federal Defender
SEAN RIORDAN, #255752
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax: 916-498-5710
sean_riordan@fd.org

Attorney for Defendant
HERBER SANDOVAL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:15-CR-00167 JAM |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE, AND TO EXCLUDE TIME |
| vs. | |
| HERBER SANDOVAL, et al., | Date: April. 5, 2016 |
| Defendants. | Time: 9:15 a.m. |
| | Judge: Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between Benjamin Wagner, U.S. Attorney, through Samuel Wong, Assistant United States Attorney, attorney for Plaintiff, Heather Williams, Federal Defender, through Assistant Federal Defender Sean Riordan, attorney for Herber Sandoval, and Dina Santos, attorney for Manuel Montoya, that the status conference scheduled for March 15, 2016 be vacated and continued to April 5, 2016 at 9:15 a.m.

The reason for continuance is for continuing defense investigation and to allow the parties to discuss a potential resolution. Accordingly, the requested continuance is to allow counsel for Sandoval additional time to prepare Sandoval's defense, and allow Sandoval continuity of defense counsel.

//

//

//

//

-1-	*Stipulation and [Proposed] Order to Continue Status Conference*

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded as of March 14, 2016, the date of the parties' stipulation, through and including April 5, 2016, pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

DATED: March 14, 2016  Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Sean Riordan*
SEAN RIORDAN
Assistant Federal Defender
Attorney for Herber Sandoval

DATED: March 14, 2016  */s/ by Sean Riordan with consent*
DINA SANTOS
Attorney for Manuel Montoya

DATED: March 14, 2016  BENJAMIN B. WAGNER
United States Attorney

*/s/ by Sean Riordan with consent*
SAMUEL WONG
Assistant U.S. Attorney
Attorney for Plaintiff

# **ORDER**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendants in a speedy trial.

The Court orders from the time of the parties' stipulation, March 14, 2016, up to and including April 5, 2016, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare and continuity of defense counsel] and General Order 479, (Local Code T4). **It is further ordered** the March 15, 2016 status conference shall be continued until April 5, 2016, at 9:15 a.m.

Dated: March 15, 2016

/s/ John A. Mendez_____
HON. JOHN A. MENDEZ
United States District Court Judge