| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | SEAN RIORDAN, #255752 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, CA 95814 |
| 4 | Tel: 916-498-5700/Fax: 916-498-5710 |
| | sean_riordan@fd.org |
| 5 | |
| | Attorney for Defendant |
| 6 | HERBER SANDOVAL |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:15-cr-00167 JAM |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER TO |
| | ) | CONTINUE STATUS CONFERENCE, AND TO |
| vs. | ) | EXCLUDE TIME UNDER THE SPEEDY TRIAL |
| | ) | ACT |
| HERBER SANDOVAL, et al., | ) | |
| | ) | Date: May 10, 2016 |
| Defendants. | ) | Time: 9:15 a.m. |
| | ) | Judge: Hon. John A. Mendez |
| | ) | |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, Interim U.S. Attorney, through Samuel Wong, Assistant United States Attorney, attorney for Plaintiff, Heather Williams, Federal Defender, through Assistant Federal Defender Sean Riordan, attorney for Herber Sandoval, and Dina Santos, attorney for Manuel Montoya, that the status conference scheduled for May 10, 2016 be vacated and continued to May 24, 2016 at 9:15 a.m.

The reasons for the continuance are for defense counsel to confer with their clients regarding a possible settlement of this case; to continue investigation, including a re-count of the marijuana plants in this case by a defense expert, who needs additional time to perform the re-count; to conduct additional legal research on the level of mitigating role, if any, that applies to each defendant; and a review of discovery.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded as of May 6, 2016, the date of the parties' stipulation, through and including May 24, 2016; pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time for defense counsel to

Stipulation to Continue -1-

prepare] and General Order 479, Local Code T4 based upon defense counsel's preparation.

DATED: May 6, 2016

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Sean Riordan*
SEAN RIORDAN
Assistant Federal Defender
Attorney for HERBER SANDOVAL

DATED: May 6, 2016

*/s/ Dina Santos*
DINA SANTOS
Attorney for MANUEL MONTOYA

DATED: May 6, 2016

PHILLIP A. TALBERT
Interim United States Attorney

*/s/ Samuel Wong*
SAMUEL WONG
Assistant U.S. Attorney
Attorney for Plaintiff

**ORDER**

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, IT IS HEREBY ORDERED that the Court adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and the defendants in a speedy trial.

The Court orders the time from May 6, 2016, the date of the parties stipulation, up to and including May 24, 2016, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for defense counsel to prepare] and General Order 479, (Local Code T4) [defense counsel's preparation]. It is further ordered the May 10, 2016 status conference shall be continued until May 24, 2016, at 9:15 a.m.

Dated: May 6, 2016    /s/ John A. Mendez
HON. JOHN A. MENDEZ
United States District Judge